

ZACHERY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NATALIE S. MARCUS
Senior Counsel
Tel.: (212) 356-2629
Fax: (212) 356-2439
nmarcus@law.nyc.gov

March 15, 2019

**By ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Persaud v. City of New York, et al.,*
                  18 Civ. 7034 (NGG)(VMS)

Dear Magistrate Judge Scanlon:

        I am an Assistant Corporation Counsel in the office of Zachery W. Carter, Corporation Counsel for the City of New York, attorney for all defendants in the above-referenced case. Pursuant to this Court's Individual Practices Section II(b), defendants respectfully request an adjournment of the March 20, 2019, initial conference until April 9, 10, or 11, 2019. This is the first request for an adjournment of the conference. On March 14, 2019, I sent an e-mail to plaintiff's counsel seeking consent to adjourn the initial conference. On March 15, 2019, I left a follow-up voicemail message for plaintiff's counsel seeking plaintiff's position on the requested adjournment. I have not received a response from plaintiff's counsel.

        On March 11, 2019, defendants filed a request for a pre-motion conference to dismiss the Complaint and to stay discovery. *See* letter, Dkt. No. 16. On March 14, 2019, the Court scheduled the pre-motion conference for March 29, 2019. In light of the upcoming pre-motion conference, defendants seek the adjournment of the initial conference until a date after the pre-motion conference.

        Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            /s/ Natalie S. Marcus
                                              Natalie S. Marcus
                                         Assistant Corporation Counsel

cc:    Seamus Barrett (By ECF)